**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE TILE INDUSTRY HEALTH AND WELFARE FUND,<br><br>    Plaintiff,<br><br>    v.<br><br>AGI MARBLE COMPANY, INC., a California Corporation, and SMG STONE COMPANY, INC., a California Corporation,<br><br>    Defendants. | Case No. CV 09-05137 GW (RCx)<br><br>ORDER ON STIPULATED DISMISSAL<br><br>Judge: George H. Wu<br><br>Complaint Filed: July 15, 2009<br>Pre-trial Conference: April 4, 2011<br>Trial Date: April 12, 2011 |

**IT IS ORDERED** that the above-captioned matter is DISMISSED with prejudice pursuant to the Stipulation for Dismissal entered into by the parties and filed with the Court on April 1, 201l.

Date: April 5, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

KKF/ldt/LA09CV05137GW-O JS-6.wpd

[Proposed] Order on Stipulated Dismissal                                Case No. CV 09-05137 GW (RCx)